**UNITED STATES COURT OF INTERNATIONAL TRADE**
**JUDGE: UNASSIGNED**

| | |
|---|---|
| GENERAC POWER SYSTEMS, INC., *Plaintiff,* v. UNITED STATES, *Defendant.* | Court No. **20-cv-03920** |

# COMPLAINT

Plaintiff Generac Power Systems, Inc. ("Plaintiff" or "Generac"), by and through its undersigned attorneys, alleges and states for its complaint as follows:

## JURISDICTION

1. This is a civil action to contest the denial of protests under Section 515 of the Tariff Act of 1930 (19 U.S.C. § 1515). The Protests and underlying protested entries ("Subject Entries"), which are the subject of this action, are listed in the Summons, ECF No. 1.

2. The Plaintiff is the owner and importer of record of the merchandise involved in this action and is the party that caused the Protests and Subject Entries to be filed. The Plaintiff thus has standing in this action.

3. The Protests that are the subject of this action were each timely filed on the respective dates shown in the Summons, ECF No. 1, within 180 days of the final liquidation of each of the underlying Subject Entries.

4. The Protests that are the subject of this action were each denied pursuant to 19 U.S.C. § 1515(a) on the respective dates shown in the Summons, ECF No. 1.

5.  This action was timely commenced within 180 days after the date of mailing of the notices of denial of the underlying Protests that are the subject of this action.

6.  All duties, charges and exactions assessed at liquidation pertaining to the entries protested in each of the protests referred to herein were paid before commencement of the action.

7.  This court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

## BACKGROUND AND DESCRIPTION OF MERCHANDISE INVOLVED

8.  This action is commenced in order to challenge the denials of Protests by Defendant, acting by and through U.S. Customs and Border Protection ("CBP").

9.  Plaintiff timely filed Protests challenging CBP's classification of imported articles under HTSUS Chapter 99 and collection of additional duties pursuant to Section 301 of the Tariff Act of 1930 ("Section 301").

10. Plaintiff now challenges the denials of Protests on the grounds that the imported articles for which CBP denied the protests were properly excluded from the obligation of additional duties pursuant to exclusions to Section 301 tariffs granted by the Office of the United States Trade Representative and published in the Federal Register.

11. The imported articles that are the subjects of this action ("Subject Merchandise"), entered and claimed primary and secondary Harmonized Tariff Schedule of the United States ("HTSUS") codes, and entered and claimed tariff and duty rates are described in Complaint Attachment A attached hereto.

12. The Subject Merchandise was entered on various dates in 2019, as indicated in the Summons, ECF No. 1.

13. On various dates in March 2020 through July 2020, as shown in the Summons, ECF No. 1, CBP liquidated Subject Entries of Subject Merchandise with additional Section 301 tariffs of 10% and 25% *ad valorem* as shown in Complaint Attachment A.

14. On various dates in May 2020 and June 2020, as indicated in the Summons, ECF No. 1, Plaintiff filed Protests identified in Summons, ECF No. 1, to challenge CBP's classification of imported articles under HTSUS Chapter 99 and application of Section 301 tariffs to the Subject Entries.

15. Plaintiff sought refund of additional Section 301 tariffs paid on the Subject Entries by way of claiming applicability of Section 301 tariff exclusions.

16. These Protests were part of a series of protests filed to contest the denial of the applicability of Section 301 tariff exclusions to substantially identical merchandise, which were approved, including protest for entry D4004139166.

17. However, despite granting protests for identical claims on substantially identical merchandise, on various dates in June 2020 and July 2020, as indicated in the Summons, ECF No. 1, CBP denied Plaintiff's Protests subject to this action ultimately denying recovery of additional Section 301 tariffs paid on the Subject Entries.

## COUNT I

18. The allegations of Paragraphs 1 through 17 are incorporated in this Paragraph by reference as if fully set forth herein.

19. Plaintiff paid additional Section 301 tariffs on the Subject Entries at the time of importation.

20.     Plaintiff is entitled to grant of its Protests in full and a refund of duties paid as the Subject Merchandise is properly excluded from additional Section 301 tariffs as indicted in Complaint Attachment A.

21.     Defendant acted contrary to law in failing to grant the Protests in full and not refunding Plaintiff additional Section 301 tariffs to which Plaintiff is entitled.

22.     Plaintiff is entitled to recover the balance of additional Section 301 tariffs paid.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff requests that this Court enter judgment in its favor, as follows:

(a)     overruling Defendant's denial of Protests indicated in the Summons, ECF No. 1;

(b)     determining that the exclusions from additional tariffs under Section 301 of the Trade Act of 1930 apply to Subject Merchandise at issue in this action, as set forth by Plaintiff in Count I above;

(c)     ordering CBP to reliquidate the Subject Entries and refund the excess duties paid by the Plaintiff, together with interest as provided by law; and

(d)     granting such other additional relief as this honorable Court deems just and appropriate.

Dated:    20 December 2024

_____
Eric R. Rock, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)

# Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 10000001786 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET CIRCUIT BRKR MOUNTING 3P | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000001910 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 15 KW ECOGEN HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000001963 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 8 KVA HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000001963 | 8409919990 | 99038809 | 2.5% | 10% | ASSY MIXER 8 KVA HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002213 | 8483101050 | 99038803 | 2.5% | 10% - 25% | CAMSHAFT MACHINING 6.9 LIFT | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000002213 | 8483101050 | 99038809 | 2.5% | 10% | CAMSHAFT MACHINING 6.9 LIFT | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000002227 | 8483101050 | 99038803 | 2.5% | 10% - 25% | CAMSHAFT MACHINING 6 LIFT | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000002227 | 8483101050 | 99038809 | 2.5% | 10% | CAMSHAFT MACHINING 6 LIFT | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000002916 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER AUS 8KVA HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002992 | 8409919990 | 99038803 | 2.5% | 10% - 25% | WRAPPER INSIDE CYL 1 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002992 | 8409919990 | 99038809 | 2.5% | 10% | WRAPPER INSIDE CYL 1 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002993 | 8409919990 | 99038803 | 2.5% | 10% - 25% | WRAPPER OUTSIDE CYL 1 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002993 | 8409919990 | 99038809 | 2.5% | 10% | WRAPPER OUTSIDE CYL 1 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002994 | 8409919990 | 99038803 | 2.5% | 10% - 25% | WRAPPER OUTSIDE CYL 2 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002994 | 8409919990 | 99038809 | 2.5% | 10% | WRAPPER OUTSIDE CYL 2 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002995 | 8409919990 | 99038803 | 2.5% | 10% - 25% | WRAPPER INSIDE CYL 2 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000002995 | 8409919990 | 99038809 | 2.5% | 10% | WRAPPER INSIDE CYL 2 GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000003495 | 8409919990 | 99038803 | 2.5% | 10% | MANIFOLD INTAKE G9.0L MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000004051 | 8503009550 | 99038802 | 3.0% | 25% | BRKT WHEEL AXLE | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000004065 | 8503009550 | 99038802 | 3.0% | 25% | BRKT BATTERY | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000004073 | 8503009550 | 99038802 | 3.0% | 25% | ALTERNATOR SUPPORT | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000004442 | 8503009550 | 99038802 | 3.0% | 25% | VR18 BRACKET L HSB | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000004916 | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL R128.3 X 335 NO GROM | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 10000004931 | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL R128.3 X 390 NO GROM | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 10000004993 | 8409919990 | 99038803 | 2.5% | 10% | TIMING COVER MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000005132 | 8409919990 | 99038803 | 2.5% | 10% | GUIDE VALVE LIFTER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000005822 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY MIXER 60 HZ 3 PHASE HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000005822 | 8503009550 | 99038802 | 3.0% | 25% | ASSY MIXER 60 HZ 3 PHASE HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000007634 | 8503009550 | 99038802 | 3.0% | 25% | CRADLE XT 420 HANDLE MOUNT | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000007635 | 8503009550 | 99038802 | 3.0% | 25% | HANDLE XT BRACKET | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000007968 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET ALTERNATOR MACH | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000008426 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ROCKER COVER GT999 NO FILL PB MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000008426 | 8409919990 | 99038809 | 2.5% | 10% | ROCKER COVER GT999 NO FILL PB MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000008497 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ROCKER COVER GT999 W-FILL PB MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000008497 | 8409919990 | 99038809 | 2.5% | 10% | ROCKER COVER GT999 W-FILL PB MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000008709 | 8503009550 | 99038802 | 3.0% | 25% | TRAY CONTAINMENT REMOTE OIL | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000008761 | 8503009550 | 99038802 | 3.0% | 25% | CRADLE XT 420 ALT CROSS MEMBER | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000009296 | 8409919990 | 99038803 | 2.5% | 10% - 25% | BLOWERHOUSING GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000009296 | 8409919990 | 99038809 | 2.5% | 10% | BLOWERHOUSING GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000009335 | 8409919990 | 99038803 | 2.5% | 10% - 25% | BLOWERHOUSING GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 10000009335 | 8409919990 | 99038809 | 2.5% | 10% | BLOWERHOUSING GTH999 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000009595 | 8409919990 | 99038803 | 2.5% | 25% | ASSY HEAD CYL #1 85MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000009646 | 8409919990 | 99038803 | 2.5% | 10% - 25% | PUSHROD GUIDE PLATE 5MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011061 | 8409919990 | 99038803 | 2.5% | 10% - 25% | BACKPLATE GTH999 PLASTIC | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011061 | 8409919990 | 99038809 | 2.5% | 10% | BACKPLATE GTH999 PLASTIC | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011379 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY HEAD MACHINED 426 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011471 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY HEAD CYL #1 GT-999 22KW | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011471 | 8409919990 | 99038809 | 2.5% | 10% | ASSY HEAD CYL #1 GT-999 22KW | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011472 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY HEAD CYL #2 GT-999 22KW | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000011472 | 8409919990 | 99038809 | 2.5% | 10% | ASSY HEAD CYL #2 GT-999 22KW | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000013941 | 8409919990 | 99038803 | 2.5% | 25% | OIL FILL-MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000014512 | 8409919990 | 99038803 | 2.5% | 25% | ASSY PISTON FLAT TOP 85 DIA 8.5 CR | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000014726 | 8409919990 | 99038803 | 2.5% | 25% | ASSY HEAD CYL #2 85MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000014943 | 8409919990 | 99038803 | 2.5% | 25% | WRAPPER OUTSIDE CYL 1 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000014974 | 8409919990 | 99038803 | 2.5% | 25% | WRAPPER OUTSIDE CYL 2 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000015099 | 8483101050 | 99038803 | 2.5% | 10% - 25% | CAMSHAFT MACHINING 5.4 LIFT | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000016879 | 8503009550 | 99038802 | 3.0% | 25% | SPACER 390 ALT-SAE 10 X 11.5 2.2L | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000016990 | 8483101050 | 99038803 | 2.5% | 25% | ASSY CRANKSHAFT 36 MM HSB TAPER | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000018229 | 8409919990 | 99038803 | 2.5% | 10% | PISTON 114.16 ASSEMBLY | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000018344 | 8409919990 | 99038803 | 2.5% | 25% | CC 85MM MACHINED W/ TAPPER PLUGS | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000018344 | 8409919990 | 99038809 | 2.5% | 10% | CC 85MM MACHINED W/ TAPPER PLUGS | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000018815 | 8483101050 | 99038803 | 2.5% | 10% - 25% | ASSY CRANKSHAFT 69mm 1" SAE TAPER | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000021900 | 8511300080 | 99038809 | 2.5% | 10% | IGNITION MODULE | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 10000022364 | 8409919990 | 99038803 | 2.5% | 10% | PISTON 9.1CR 114.16MM ASSY | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000027421 | 8409919990 | 99038803 | 2.5% | 25% | ASSY MIXER 13kW/16kW/18kw HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000027421 | 8409919990 | 99038809 | 2.5% | 10% | ASSY MIXER 13kW/16kW/18kw HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000029058 | 8503009550 | 99038802 | 3.0% | 25% | COVER BLOWERHOUSING GTH999 HSB 51 ID | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000029131 | 8483101050 | 99038803 | 2.5% | 25% | CAMSHAFT-MACHINED 19.8 LIFT | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 10000030598 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER AUS 8KVA HSB 2018 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000030599 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER AUS 13 KVA HSB 2018 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000030616 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 13 KVA HSB 2018 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000030651 | 8503009550 | 99038802 | 3.0% | 25% | SHROUD SIDE PANEL CONTROL - GP80000E | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000035521 | 8409919990 | 99038803 | 2.5% | 10% | CYL HEAD ASSY G9.0L | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000037556 | 8503009550 | 99038802 | 3.0% | 25% | LEFT SIDE SHELL | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000038256 | 8511300080 | 99038803 | 2.5% | 25% | IGNITION COIL ASSEMBLY | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 10000038303 | 8503009550 | 99038802 | 3.0% | 25% | MUFFLER COVER | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 10000040535 | 8409919990 | 99038809 | 2.5% | 10% | VALVE SET-INTAKE & EXHAUST | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000041811 | 8409919990 | 99038803 | 2.5% | 25% | WRAPPER CENTER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000043421 | 8409919990 | 99038803 | 2.5% | 25% | COVER BLOWERHOUSING NO OIL COOLER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 10000043430 | 8409919990 | 99038803 | 2.5% | 25% | BLOWER HOUSING NO OIL COOLER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 10000043874 | 8409919990 | 99038809 | 2.5% | 10% | ASSY MIXER 13kW HSB 2019 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0C2634 | 8503009550 | 99038802 | 3.0% | 25% | COVER,ACCESS GEN2000 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0D3808 | 8409919990 | 99038803 | 2.5% | 10% - 25% | EXH MANIFOLD MACH 6.8L V-10 (Prep) | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0D8565A | 8409919990 | 99038803 | 2.5% | 10% | ASSY,AIRBOX MACHINED DWG GT990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0D9853D | 8409919990 | 99038803 | 2.5% | 10% - 25% | PUSHROD 147 LENGTH GT-760/990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0D9853D | 8409919990 | 99038809 | 2.5% | 10% | PUSHROD 147 LENGTH GT-760/990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E3769E | 8483101050 | 99038803 | 2.5% | 10% | CRANKSHAFT,GTH990,TAPER | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0E6098 | 8409919990 | 99038803 | 2.5% | 10% - 25% | SCREEN OIL PICKUP 45DEG GTH990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E6098 | 8409919990 | 99038809 | 2.5% | 10% | SCREEN OIL PICKUP 45DEG GTH990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9310 | 8409919990 | 99038803 | 2.5% | 10% - 25% | SUBASSY CRANKCASE GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9310A | 8409919990 | 99038803 | 2.5% | 10% | SUBASSY CRANKCASE GTH530 M-GOV | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9334A | 8409919990 | 99038803 | 2.5% | 10% - 25% | COVER, ROCKER, W/FILL GT530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9334C | 8409919990 | 99038803 | 2.5% | 10% - 25% | COVER, ROCKER, PLAIN GT530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9336F | 8409919990 | 99038803 | 2.5% | 10% - 25% | BLWR HS, W/OIL COOL MNT GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9358 | 8409919990 | 99038803 | 2.5% | 10% - 25% | SCREEN OIL PICK-UP GT530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9358 | 8409919990 | 99038809 | 2.5% | 10% | SCREEN OIL PICK-UP GT530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9374A | 8409919990 | 99038803 | 2.5% | 10% | BASE AIRBOX, W/W-S PORT GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9374A | 8409919990 | 99038809 | 2.5% | 10% | BASE AIRBOX, W/W-S PORT GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9376 | 8409919990 | 99038803 | 2.5% | 10% | MANIFOLD INTAKE GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9383F | 8409919990 | 99038803 | 2.5% | 10% | CARBURETOR GTH530 XG10 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9399 | 8409919990 | 99038803 | 2.5% | 10% | COVER GEAR SHIELD | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9421 | 8409919990 | 99038803 | 2.5% | 10% | ROD, GOV. GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9421 | 8409919990 | 99038809 | 2.5% | 10% | ROD, GOV. GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9455E | 8409919990 | 99038803 | 2.5% | 10% - 25% | PUSHROD, ALUM, 530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0E9994 | 8409919990 | 99038803 | 2.5% | 10% - 25% | SPACER, WINDING GAP | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0E9994 | 8503009550 | 99038802 | 3.0% | 25% | SPACER, WINDING GAP | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F0029G | 8503009550 | 99038802 | 3.0% | 25% | WEDGE BAR 2 POLE ROTOR 350MM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F0029P | 8503009550 | 99038802 | 3.0% | 25% | WEDGE BAR 2 POLE ROTOR 185MM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F0029R | 8503009550 | 99038802 | 3.0% | 25% | WEDGE BAR RTR 105 8MM E/LAM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F0029S | 8503009550 | 99038802 | 3.0% | 25% | WEDEG BAR RTR 140 8MM E/LAM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F2122 | 8409919990 | 99038803 | 2.5% | 10% | GEAR CASE ALT MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F2123 | 8409919990 | 99038803 | 2.5% | 10% | GEAR CASE ENG MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F2561 | 8409919990 | 99038803 | 2.5% | 10% - 25% | HUB, FLEX PLATE | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F2573 | 8483506000 | 99038801 | 2.8% | 25% | PULLEY FAN V-GROOVE 9 | 8483509040 | 2.8% | 99038808 | (k)(5) | 0.0% |
| 0F2573 | 8483509040 | 99038801 | 2.8% | 25% | PULLEY FAN V-GROOVE 9 | 8483509040 | 2.8% | 99038808 | (k)(5) | 0.0% |
| 0F2689 | 8503009550 | 99038802 | 3.0% | 25% | RING PRESSURE 390 STATOR CAN | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F2756 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MACHINING, INTAKE ADAPTOR 40MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F2776A | 8503009550 | 99038802 | 3.0% | 25% | BRACKET SIGNAL CONDITIONER | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F3514 | 8503009550 | 99038802 | 3.0% | 25% | SPACER FLEXPLATE 5.4L/6.8L | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F3691B | 8409919990 | 99038803 | 2.5% | 10% | VENTURI, THROTTLE 36MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 0F3885 | 8409919990 | 99038803 | 2.5% | 10% | MIXER, 40/60MM ACTUATOR ASSY | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F3885 | 8409919990 | 99038809 | 2.5% | 10% | MIXER, 40/60MM ACTUATOR ASSY | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F7790 | 8409919990 | 99038803 | 2.5% | 10% - 25% | VENTURI THROTTLE 21MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F7790C | 8409919990 | 99038803 | 2.5% | 10% - 25% | VENTURI THROTTLE 24MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F7790C | 8409919990 | 99038809 | 2.5% | 10% | VENTURI THROTTLE 24MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F7790E | 8409919990 | 99038803 | 2.5% | 10% - 25% | VENTURI THROTTLE 26MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F7790E | 8409919990 | 99038809 | 2.5% | 10% | VENTURI THROTTLE 26MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F7790H | 8409919990 | 99038803 | 2.5% | 10% - 25% | VENTURI THROTTLE 19MM | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F8054 | 8409919990 | 99038803 | 2.5% | 10% - 25% | GEARCOVER/ADAPTOR GTH-990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F8054 | 8409919990 | 99038809 | 2.5% | 10% | GEARCOVER/ADAPTOR GTH-990 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F8095 | 8503009550 | 99038802 | 3.0% | 25% | PIPE EXHAUST OUTLET | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F9275 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MACHINING, MIXER ADAPTOR | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0F9583 | 8503009550 | 99038802 | 3.0% | 25% | SPACER 2.4L G2 FLEX PLATE | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F9597 | 8503009550 | 99038802 | 3.0% | 25% | SUPPORT RH ENGINE 2.4L | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F9597A | 8503009550 | 99038802 | 3.0% | 25% | SUPPORT LH ENGINE 2.4L | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0F9753 | 8503009550 | 99038802 | 3.0% | 25% | BOSCH ADAPTER 13.3L GB | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G0693 | 8409919990 | 99038803 | 2.5% | 10% | ASSY,RCKR CVR W/PULSE BARB GTH | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G0693 | 8409919990 | 99038809 | 2.5% | 10% | ASSY,RCKR CVR W/PULSE BARB GTH | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G0781 | 8409919990 | 99038803 | 2.5% | 10% - 25% | EXHAUST MANIFOLD 1.6L MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G0820B | 8409919990 | 99038803 | 2.5% | 10% - 25% | HOUSING BLOWER LG PILOT | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G0820B | 8409919990 | 99038809 | 2.5% | 10% | HOUSING BLOWER LG PILOT | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G1062E | 8483101050 | 99038803 | 2.5% | 10% - 25% | CSHAFT MACH 36OD CPIN TS H530 | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0G1062E | 8483101050 | 99038809 | 2.5% | 10% | CSHAFT MACH 36OD CPIN TS H530 | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0G3224TA | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL NO ADV 760/990 | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0G3224TB | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL NO ADV 760/990 | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0G3251TA | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL W/DIO GTH530CYL1 | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0G3251TB | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL W/DIO GTH530CYL2 | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0G3378 | 8409919990 | 99038803 | 2.5% | 10% - 25% | TUBE, DIPSTICK GTH530 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G3575 | 8503009550 | 99038802 | 3.0% | 25% | EXHAUST PIPE UPPER 1.6L SS | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G3576 | 8503009550 | 99038802 | 3.0% | 25% | EXHAUST PIPE LOWER 1.6L | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G3910 | 8409919990 | 99038803 | 2.5% | 10% - 25% | EXHAUST MANIFOLD G2 (MACHINE) | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G4331 | 8409919990 | 99038803 | 2.5% | 10% - 25% | PISTON, COATED DIA 75 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G4331 | 8409919990 | 99038809 | 2.5% | 10% | PISTON, COATED DIA 75 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G4610 | 8409919990 | 99038803 | 2.5% | 10% | CARBURETOR GTV760 W/BALL STUD | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G5000E | 8483101050 | 99038803 | 2.5% | 10% - 25% | CSHAFT MACH TAPER H999 HSB | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0G5000E | 8483101050 | 99038809 | 2.5% | 10% | CSHAFT MACH TAPER H999 HSB | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0G5652 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANIFOLD, EMISSIONS VACUUM (Prep) | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G6627 | 8503009550 | 99038802 | 3.0% | 25% | FASCIA-FRONT 2008 HSB GREY | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G6628 | 8503009550 | 99038802 | 3.0% | 25% | FASCIA-END 2008 HSB GREY | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7001AB | 8503009550 | 99038802 | 3.0% | 25% | RTR SLT LNR 2P10 H INS 235 STK | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 0G7001C | 8503009550 | 99038802 | 3.0% | 25% | RTR SLT LNR B/L 10HSB 165 STK | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7001E | 8503009550 | 99038802 | 3.0% | 25% | RTR SLT LNR 2P10 H INS 210 STK | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7001F | 8503009550 | 99038802 | 3.0% | 25% | RT LNR 2P10 H 292.1STK NO ELAM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7001S | 8503009550 | 99038802 | 3.0% | 25% | RTR LNR 2P10 H 235MM STACK | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7002 | 8503009550 | 99038802 | 3.0% | 25% | RTR END CAP 2P 10 RYNITE 530 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7256 | 8503009550 | 99038802 | 3.0% | 25% | DUCT - ALT AIR - 10 CAN - HSB 18kw | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7442 | 8503009550 | 99038802 | 3.0% | 25% | LAMINATION WEDGE 520MM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G7908A | 8409919990 | 99038803 | 2.5% | 10% - 25% | CRANKCASE GTH999 W/TAPER PLUGS | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G7908A | 8409919990 | 99038809 | 2.5% | 10% | CRANKCASE GTH999 W/TAPER PLUGS | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8318A | 8409919990 | 99038803 | 2.5% | 10% - 25% | HOUSING BLOWER MACHINED 2.4L | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8365 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ADAPTER ENGINE PLATE 2.4L G2 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8366 | 8409919990 | 99038803 | 2.5% | 10% | BLOWER HOUSING SCREEN | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G84420150 | 8511300080 | 99038803 | 2.5% | 10% - 25% | COIL ASSY, IGNITION | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0G84420239 | 8409919990 | 99038803 | 2.5% | 10% | VALVE, KEEPER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8442A115 | 8409919990 | 99038809 | 2.5% | 10% | BLOWER HOUSING | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8488 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANIFOLD INTAKE (MACHINED) | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8488 | 8409919990 | 99038809 | 2.5% | 10% | MANIFOLD INTAKE (MACHINED) | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0G8542 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET MUFFLER 389CC | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G8752 | 8503009550 | 99038802 | 3.0% | 25% | RT END CAP 4P 10 RYNITE FR530 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0G9241T | 8511300080 | 99038803 | 2.5% | 25% | ASSY IGN COIL GH410 W/ADVANCE | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0H0647 | 8503009550 | 99038802 | 3.0% | 25% | WEDGE ROTOR 10 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H0679A | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANF-EXH (MACH) 2.4L G2 36KW | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H0679A | 8409919990 | 99038809 | 2.5% | 10% | MANF-EXH (MACH) 2.4L G2 36KW | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H0958A | 8503009550 | 99038802 | 3.0% | 25% | ASSY GAS CAP SEALED - BLACK | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H1432B | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANIFOLD EXH 60K T/A NO BYPASS | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H1619 | 8407909010 | 99038802 | 0.0% | 25% | ENGINE 2.4L (G2) | 8407909010 | 0.0% | 99038812 | (o)(14) | 0.0% |
| 0H2070 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET-HSB TO PALLET - 2009 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H2205 | 8503009550 | 99038802 | 3.0% | 25% | BEARING-HANDLE-XG | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H36730ST0R | 8503009550 | 99038802 | 3.0% | 25% | CRADLE WELDMENT,ENGINE END | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H4563 | 8409919990 | 99038803 | 2.5% | 10% | ASSY EXHAUST MANIFOLD GTH530P | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H4563 | 8409919990 | 99038809 | 2.5% | 10% | ASSY EXHAUST MANIFOLD GTH530P | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H4959B | 8503009550 | 99038802 | 3.0% | 25% | ADAPTOR HOUSING, W/O TOP SLOTS | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H4965 | 8503009550 | 99038802 | 3.0% | 25% | END COVER, 10IN ALTERNATOR | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H5246 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET, BATTERY HOLD DOWN | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H6160 | 8503009550 | 99038802 | 3.0% | 25% | COVER WIRE ENTRY CONBOX | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H6669 | 8409919990 | 99038803 | 2.5% | 10% | ASSY AIRBOX 8KW HSB 2010 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H6669 | 8409919990 | 99038809 | 2.5% | 10% | ASSY AIRBOX 8KW HSB 2010 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H7252 | 8503009550 | 99038802 | 3.0% | 25% | SPACER 5/8 AXLE X 4.7MM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H7384 | 8409919990 | 99038803 | 2.5% | 10% | MANIFOLD EXHAUST MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0H7385 | 8409919990 | 99038803 | 2.5% | 10% | MANIFOLD EXHAUST MACHINED | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 0H9525 | 8503009550 | 99038802 | 3.0% | 25% | BEARING EXTERNAL HANDLE XG | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H95610111 | 8409919990 | 99038803 | 2.5% | 25% | TANK COMP., FUEL | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H9763B | 8503009550 | 99038802 | 3.0% | 25% | ASSY MUFFLR GP 7.5KW | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0H97670ST15 | 8503009550 | 99038802 | 3.0% | 25% | HANDLE BRACKET GP | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J1179 | 8503009550 | 99038802 | 3.0% | 25% | END CAP RTR 102 AMW | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J1179C | 8503009550 | 99038802 | 3.0% | 25% | END CAP RTR 102 CMW | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J2451 | 8409919990 | 99038803 | 2.5% | 10% | CARB G19 W/CHOKE LVR 389CC | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J2474 | 8409919990 | 99038803 | 2.5% | 10% | CARB G19 W/CHOKE LVR 420CC | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J2474 | 8409919990 | 99038809 | 2.5% | 10% | CARB G19 W/CHOKE LVR 420CC | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J3061A | 8409919990 | 99038803 | 2.5% | 10% - 25% | INTAKE MANIFOLD MACH 1.5L G11 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J35220126 | 8409919990 | 99038803 | 2.5% | 10% - 25% | CARBURETOR | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J35220153 | 8511300080 | 99038803 | 2.5% | 25% | COIL ASSY., IGNITION | 8511300080 | 2.5% | 99038843 | (vv)(123) | 0.0% |
| 0J39340115 | 8409919990 | 99038803 | 2.5% | 10% | CYLINDER HEAD | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J39430124 | 8409919990 | 99038809 | 2.5% | 10% | ARM, ROCKER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J39430125 | 8409919990 | 99038809 | 2.5% | 10% | ARM, ROCKER | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J4717 | 8503009550 | 99038802 | 3.0% | 25% | TUBE ENGINE COOLANT 1.5L | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J4906 | 8503009550 | 99038802 | 3.0% | 25% | ASSY BRACKET COIL 1.5L G11 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J6938 | 8483308020 | 99038802 | 4.5% | 25% | CARRIER REAR BEARING MACHINED | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J7182 | 8409919990 | 99038803 | 2.5% | 10% - 25% | HSB EXH MANIFOLD GT990/999 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J7182 | 8409919990 | 99038809 | 2.5% | 10% | HSB EXH MANIFOLD GT990/999 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J7476 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ADAPTOR THROTTLE BODY (Prep) | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J7711A | 8409919990 | 99038803 | 2.5% | 10% | GEAR COVER GTH530 PORT MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J7711B | 8409919990 | 99038803 | 2.5% | 10% - 25% | GEAR COVER GTH530 PORT MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J7711B | 8409919990 | 99038809 | 2.5% | 10% | GEAR COVER GTH530 PORT MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J7782 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 20KW HSB 2013 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J82300ST0R | 8503009550 | 99038802 | 3.0% | 25% | POWER HEAD BRACKET | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J8254AST0R | 8503009550 | 99038802 | 3.0% | 25% | 410 ENG MOUNTING BRKT 2013 HSB | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J8254BST0R | 8503009550 | 99038802 | 3.0% | 25% | 530 ENG MOUNTING BRKT 2013 HSB | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J8863 | 8503009550 | 99038802 | 3.0% | 25% | ALUM END LAM 2P 10 BRUSH EXN | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J88870129 | 8409919990 | 99038803 | 2.5% | 25% | FUEL TANK ASSY W/ ROV | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J8893 | 8409919990 | 99038803 | 2.5% | 10% | INTAKE MANF,HORIZ,2 BAR,MACH | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J8939 | 8503009550 | 99038802 | 3.0% | 25% | BACK CTRL SUPP BRKT | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J9281 | 8503009550 | 99038802 | 3.0% | 25% | FAN SPACER 3.4L G16 22 FAN | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0J9440 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANIFOLD INT GTH530 2XF MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J9440 | 8409919990 | 99038809 | 2.5% | 10% | MANIFOLD INT GTH530 2XF MCHND | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J9679 | 8409919990 | 99038803 | 2.5% | 10% - 25% | PUSH ROD GUIDE PLATE | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J9679 | 8409919990 | 99038809 | 2.5% | 10% | PUSH ROD GUIDE PLATE | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J9742 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY MIXER 15/17KW HSB 2013 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J9765 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANIFOLD INT GTH999 2X | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0J9765 | 8409919990 | 99038809 | 2.5% | 10% | MANIFOLD INT GTH999 2X | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 0K1588 | 8409919990 | 99038803 | 2.5% | 10% | CARBURETOR GTH990 W/BALL STUD | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K3857 | 8503009550 | 99038802 | 3.0% | 25% | SPARK ARRESTOR ASSY US | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K4216 | 8503009550 | 99038802 | 3.0% | 25% | ALTERNATOR DUCT LC HSB | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K5151 | 8409919990 | 99038803 | 2.5% | 10% - 25% | 420CC INTAKE ASSY | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K5730 | 8503009550 | 99038802 | 3.0% | 25% | FLEX PLATE 520 ALT SAE 10 | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K6011 | 8503009550 | 99038802 | 3.0% | 25% | WHEEL 9.5 DIA PLASTIC | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K6416E | 8483101050 | 99038803 | 2.5% | 10% | CSHAFT MACH GTH999 HO HSB TPR | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0K6418 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY PISTON FLAT TOP 90 DIA | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K6418 | 8409919990 | 99038809 | 2.5% | 10% | ASSY PISTON FLAT TOP 90 DIA | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K65110114 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET, HANDLE (BLACK) | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K6528E | 8483101050 | 99038803 | 2.5% | 10% - 25% | CSHAFT MACH 999 | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0K6925 | 8503009550 | 99038802 | 3.0% | 25% | MUFFLER ASSY XT | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K7840 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY OIL PAN 11 QT G9.0L | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K7840 | 8409919990 | 99038809 | 2.5% | 10% | ASSY OIL PAN 11 QT G9.0L | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K8034 | 8409919990 | 99038803 | 2.5% | 10% - 25% | CRANKCASE MACHINED 426 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K8083A | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY GEAR COVER 426 HIGH FILL | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K81510ST0R | 8503009550 | 99038802 | 3.0% | 25% | FOOT BRACKET RAW | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K83530ST0R | 8503009550 | 99038802 | 3.0% | 25% | RAIN DEFLECTOR CONTROLLER | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K8692 | 8483101050 | 99038803 | 2.5% | 10% | ASSY CAM SHAFT 426 | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0K8710 | 8503009550 | 99038802 | 3.0% | 25% | SHIPPING BRACKET PPACT | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K8940 | 8409919990 | 99038803 | 2.5% | 10% - 25% | HOUSING OIL PICKUP 426 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K9112AR | 8503009550 | 99038802 | 3.0% | 25% | ASSY BLWR HSG 426 HSB RAW | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0K9450 | 8409919990 | 99038803 | 2.5% | 10% | COVER VALVE ASSY G9.0L | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0K9883C | 8483101050 | 99038803 | 2.5% | 10% | ASSY CRANKSHAFT 426 FORGED | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0K9883C | 8483101050 | 99038809 | 2.5% | 10% | ASSY CRANKSHAFT 426 FORGED | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0K9883H | 8483101050 | 99038803 | 2.5% | 10% | ASSY CRANKSHAFT 426 FORGED | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0L0445 | 8503009550 | 99038802 | 3.0% | 25% | ASSY MUFFLER HONDA GX390 W/SPA | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L1401 | 8483101050 | 99038803 | 2.5% | 10% | CAMSHAFT ASSEMBLY | 8483101050 | 2.5% | 99038845 | (xx)(50) | 0.0% |
| 0L3009 | 8503009550 | 99038802 | 3.0% | 25% | BRACKET CIRCUIT BRKR MOUNTING | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L3090 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY MIXER 22KW-RH HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L3090 | 8409919990 | 99038809 | 2.5% | 10% | ASSY MIXER 22KW-RH HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L3475 | 8409919990 | 99038803 | 2.5% | 10% - 25% | WRAPPER HEAD UPPER GHS | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L3498T | 8511300080 | 99038803 | 2.5% | 10% - 25% | ASSY IGN COIL GH426 W/ ADVANCE | 8511300080 | 2.5% | 99038845 | (xx)(63) | 0.0% |
| 0L3528 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ADAPTOR INTAKE HSB GH 426 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L3661B | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY ROCKER COVER GH426 OHVI | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L4358 | 8503009550 | 99038802 | 3.0% | 25% | SHIELD 999 FUEL REGULATOR | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L4359 | 8503009550 | 99038802 | 3.0% | 25% | SHIELD 426/530 FUEL REGULATOR | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L4408 | 8409919990 | 99038803 | 2.5% | 10% - 25% | AIRBOX LID GS426 HSB | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L5399 | 8409919990 | 99038803 | 2.5% | 10% | MACH ELBOW TURBO MTG G25.8 LH | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L5399 | 8409919990 | 99038809 | 2.5% | 10% | MACH ELBOW TURBO MTG G25.8 LH | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |

## Complaint Attachment A

List of Affected Parts with Entered and Corrected HTS and Exclusion Codes

| Part # | Entered Primary HTS | Entered 301 HTS Code | Entered Primary Rate | Entered 301 Rate | Description SAP | Claimed Primary HTS | Claimed Primary Rate | Claimed Exclusion HTS | Exclusion Note | Claimed 301 Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 0L5577 | 8409919990 | 99038803 | 2.5% | 10% - 25% | MANIFOLD 426 HSB EXHAUST | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L5765 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 9KW EC 2015 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L62580ST0R | 8503009550 | 99038802 | 3.0% | 25% | INTAKE DEFLECTOR HSB | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L6351 | 8409919990 | 99038803 | 2.5% | 10% | ASSY AIRBOX HSB2016 GSH426 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L6388 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 16KW 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L6388 | 8409919990 | 99038809 | 2.5% | 10% | ASSY MIXER 16KW 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L6419A | 8503009550 | 99038802 | 3.0% | 25% | FASCIA-FRONT 2016 HSB BISQUE | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L6419B | 8503009550 | 99038802 | 3.0% | 25% | FASCIA FRONT 2016 HSB DRK GREY | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L6420A | 8503009550 | 99038802 | 3.0% | 25% | FASCIA END 2016 HSB BISQUE | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L6420B | 8503009550 | 99038802 | 3.0% | 25% | FASCIA END 2016 HSB DRK GREY | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| 0L6750 | 8409919990 | 99038803 | 2.5% | 25% | ASSY MIXER VSCF HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L6753 | 8409919990 | 99038803 | 2.5% | 10% | ASSY MIXER 11KW HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L6775 | 8409919990 | 99038803 | 2.5% | 10% - 25% | ASSY MIXER 20KW HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| 0L6775 | 8409919990 | 99038809 | 2.5% | 10% | ASSY MIXER 20KW HSB 2016 | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| G075580 | 8409919990 | 99038803 | 2.5% | 10% - 25% | FLANGE FUEL INLET | 8409919990 | 2.5% | 99038845 | (xx)(42) | 0.0% |
| G084730 | 8503009550 | 99038802 | 3.0% | 25% | WEDGE-RTR 390MM4P LW | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |
| G090064 | 8503009550 | 99038802 | 3.0% | 25% | CAP END ROTOR 390MM | 8503009550 | 3.0% | 99038817 | (v)(74) | 0.0% |

## **CERTIFICATE OF SERVICE**

    I, Eric R. Rock, one of the attorneys for the Plaintiff, certify that a copy of the foregoing Complaint was served on all parties by filing a copy via CM/ECF this Friday, December 20, 2024.

Dated:   December 20, 2024

Eric R. Rock, Attorney

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)